| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| WILLIE RANDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:16-CV-189 |
| | § | |
| PINKEE PATEL, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Willie Randle, proceeding *pro se*, filed the above-styled lawsuit. This case was referred to the Honorable Keith F. Giblin, United States Magistrate Judge, pursuant to 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered.

SIGNED at Beaumont, Texas, this 19th day of January, 2017.

*/s/ Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE